## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| AUDRA DEPINA, et al.,<br><br>                Plaintiffs,<br>vs.<br><br>FASHION NOVA, INC.,<br><br>                Defendant. | No. 1:17-cv-10294-NMG |

### NOTICE OF SETTLEMENT

COMES NOW Plaintiffs Access Now, Inc., R. David New, and Audra Depina, by and through their undersigned counsel, and hereby advise this Honorable Court of the settlement of this action. The parties are finalizing settlement and dismissal documents, and expect to file the dismissal papers within thirty (30) days.

Dated: May 18, 2017

Respectfully Submitted,

/s/ Jason M. Leviton
Jason M. Leviton, Esq.
BLOCK & LEVITON LLP
155 Federal Street, Suite 400
Boston, MA 02110
Phone: (617) 398-5600
Fax: (617) 507-6020
jason@blockesq.com

*Counsel for Plaintiffs*

---

### CERTIFICATE OF SERVICE

I, Jason M. Leviton, hereby certify that on May 18, 2017 I caused a true and correct copy of the foregoing Notice of Settlement to be filed and served via ECF upon FASHION NOVA, INC.

/s/Jason M. Leviton
Jason M. Leviton