# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| AUDRA DEPINA, *et al.*<br><br>            Plaintiffs<br><br>vs.<br><br>FASHION NOVA, INC.,<br><br>            Defendant. | CIVIL ACTION<br><br>No. 1:17-cv-10294-NMG |

## NOTICE OF DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(A), Plaintiffs, Audra Depina, Access Now, Inc., and R. David New, hereby voluntarily dismiss with prejudice their claims against the Defendant, Fashion Nova, Inc.

Dated: August 16, 2017

Respectfully submitted,

*/s/ Jason M. Leviton*
Jason M. Leviton
BLOCK & LEVITON LLP
155 Federal Street, Suite 400
Boston, MA 02110
T. (617) 398-5600
F. (617) 507-6020
jason@blockesq.com

*Attorney for Plaintiffs*

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing document was served upon all counsel of record via the Court's ECF system on August 16, 2017.

*/s/ Jason M. Leviton*
Jason M. Leviton